# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| MICHELLE A. SILCOX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-00912-MHH-NAD |
| ) | |
| CHAD GARRETT, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus filed *pro se* by petitioner Michelle A. Silcox pursuant to 28 U.S.C. § 2241. Doc. 1. When she filed her petition, Ms. Silcox was confined at FCI Aliceville, in Aliceville, Alabama.[1] Ms. Silcox contends that the Federal Bureau of Prisons should have credited toward her federal sentence time she served in the Tennessee Department of Corrections from September 2017 through June 2018. Doc. 1, pp. 2, 7. On June 23, 2022, the Magistrate Judge to whom the case recently was referred entered a report in which he recommended that the Court dismiss Ms. Silcox's petition with prejudice based on her failure to exhaust her administrative remedies. Doc. 10. The Magistrate Judge noted that even if her

---

[1] Ms. Silcox has since been transferred to RRM Cincinnati, in Cincinnati, Ohio. *See* Doc. 12.

claims were properly exhausted, Ms. Silcox has not demonstrated error in the BOP's calculation of her sentence. (Doc. 10).

Although the parties were advised of their right to file objections to the report and recommendation within 14 days, the Court has not received objections from either party.

Having reviewed and considered the materials in the Court's electronic docket for this case, the Court adopts the magistrate judge's factual findings and analysis and accepts his recommendation. By separate order, the Court will dismiss this habeas action with prejudice.

**DONE** and **ORDERED** this August 30, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE